UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| McCARTHY BUILDING COMPANIES, INC., a Missouri corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 10,<br><br>   Defendants. | Case No.: CV 08-05686 SVW (PJWx)<br>Judge: Honorable Stephen V. Wilson<br><br>**JUDGMENT** |

This action came on for hearing before the Court on October 6, 2008, on a motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) by defendant St. Paul Fire and Marine Insurance Company ("St. Paul"). By Order dated February 11, 2009, the Court granted St. Paul's Motion to Dismiss without leave to amend. Consequently, the Court renders judgment for and in favor of defendant St. Paul.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff McCarthy Building Companies, Inc. ("McCarthy") shall take nothing by way of its Complaint and that judgment is entered in favor of defendant St. Paul and against plaintiff McCarthy.

IT IS FURTHER ORDERED that St. Paul shall recover its costs of suit herein in the sum of $_____.

JUDGMENT IS HEREBY ENTERED for defendant St. Paul Fire and Marine Insurance Company as set forth above.

Dated:  February 25, 2009

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by:

WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Jeffrey D. Harada (State Bar No. 245187)
27520 Hawthorne Blvd., Suite 130
Rolling Hills Estates, CA 90274
Telephone:  (310) 541-8341
Facsimile:  (310) 541-8307
E-mail:  wckaneshiro@wmattorneys.com
         jharada@wmattorneys.com

Attorneys for Defendant
**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**